UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                     :

TRUSTEES OF THE NEW YORK CITY      :
DISTRICT COUNCIL OF CARPENTERS  :
RELIEF AND CHARITY FUND, et al.,      :
                                                                                      :                               22-CV-6416 (VSB)
                                         Plaintiffs,  :
                                                                                     :                                    **ORDER**
                          -against-                :

DIMAIO MILLWORK CORP.,                  :

                                      Defendant.  :

-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

        Plaintiffs filed this action on July 28, 2022, (Doc. 1), and filed an affidavit of service on August 1, 2022, (Doc. 6). The deadline for Defendant to respond to Plaintiffs' complaint was August 22, 2022. (*See id*.) To date, Defendant has not appeared or responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than September 9, 2022. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    August 26, 2022
             New York, New York

                                                                    VERNON S. BRODERICK
                                                                    United States District Judge