UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, Apprenticeship, Journeyman Retraining, Educational and Industry Fund, et al.,

                                Plaintiffs,

-against-

DiMaio Millwork Corp., et al.,

                                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/01/2023

1:22-cv-06416 (JHR)

ORDER ADJOURNING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The settlement conference scheduled before Magistrate Judge Stewart Aaron on Friday, June 2, 2023, at 10:00 a.m. (*See* ECF No. 46) is adjourned *sine die*.

The parties shall contact Judge Aaron's chambers by email no later than Thursday, June 8, 2023, to propose three new mutually agreeable dates.

**SO ORDERED.**

Dated:     New York, New York
             June 1, 2023

_____
STEWART D. AARON
United States Magistrate Judge