



40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080

**Maura Moosnick**
Associate
mmoosnick@vandallp.com

August 15, 2023

<u>VIA ECF</u>

Hon. Jennifer H. Rearden, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, New York 10007

      RE:    *Trs. of the N.Y.C. Dist. Council of Carpenters Pension Fund, et al. v. <u>DiMaio Millwork Corp. and Ralph DiMaio</u>*, **Case No. 22 CV 6416 (VSB)**

Dear Judge Rearden:

     This firm represents the Plaintiffs in the above-referenced action.  We write with consent of counsel for Defendants to request a two-week extension of the stay of this action pending the finalization of a settlement between the parties. This is the second such request for a stay. We sincerely appreciate the Court's courtesy in granting the parties' prior request.

     As we previously advised the Court, the parties have reached a tentative agreement to settle this matter. All settlements are subject to approval by the Funds' Trustees.  While the Funds' Trustees were supposed to meet on August 9, 2023, the meeting was adjourned to August 24, 2023. We therefore respectfully request that the Court stay this action by an additional 2 weeks in order to allow the time necessary to present the proposed settlement to the Trustees and thereafter, (if approved), finalize its written form.

     We thank the Court for its time and attention to this matter.

Application GRANTED.

SO ORDERED.

*/s/ Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: Aug. 17, 2023

Respectfully submitted,

*/s/ Maura Moosnick*
Maura Moosnick, Esq.

cc: Counsel for Defendants (*via ECF*)